

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00278-CV

Susan Rebecca **CAMMACK**,
Appellant

v.

**THE BANK OF NEW YORK MELLON** f/k/a The Bank of New York as Trustee for the
Certificateholders of CWABS 2004-05,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 17902C
Honorable Susan Harris, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ordered that no costs of appeal shall be assessed against appellant in relation to this appeal because she qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED May 8, 2019.

_____
Rebeca C. Martinez, Justice